IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS KING and KAREEM MORGAN, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| POLICE OFFICER STEVE BANNER AND | : | |
| SERGEANT JOHN HAMILL, | : | NO. 07-0704 |
| | : | |
| Defendants. | : | |

# O R D E R

AND NOW, this 17th day of September, 2010, upon consideration of the submissions of counsel and the evidence presented at the evidentiary hearing, for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that Defendants Motion for a New Trial is **DENIED**.

BY THE COURT:

 /s/ L.F. Restrepo
L. Felipe Restrepo
United States Magistrate Judge